```
                           United States Bankruptcy Court
                              District of Puerto Rico
In re:                                                              Case No. 11-02039-EAG
MAYDA I RODRIGUEZ SALCEDO                                           Chapter 13
         Debtor
                              CERTIFICATE OF NOTICE
District/off: 0104-2           User: garciami              Page 1 of 2            Date Rcvd: Jul 09, 2014
                               Form ID: pdf001             Total Noticed: 29


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 11, 2014.
db          +MAYDA I RODRIGUEZ SALCEDO,    AVE TITO CASTRO 609,    SUITE 102 PMB 547,    PONCE, PR 00716-0200
smg          DEPARTAMENTO DE HACIENDA,    PO BOX 9024140,    OFICINA 424-B,    SAN JUAN, PR  00902-4140
smg          FEDERAL LITIGATION DEPT. OF JUSTICE,    PO BOX 9020192,    SAN JUAN, PR  00902-0192
smg          PR DEPARTMENT OF LABOR,    PRUDENCIO RIVERA MARTINEZ BLDG,    505 MUNOZ RIVERA AVENUE,    12 FLOOR,
              SAN JUAN, PR  00918
cr          +COOP A/C BARRANQUITAS,    JOSE ANGEL SANTINI BONILLA ESQ,    PO BOX 552,    AIBONITO, PR 00705-0552
cr           MIDLAND FUNDING LLC/RECOSER   LLC,    25 SE 2ND AVE STE 1120,    MIAMI, FL  33131-1605
cr           TREASURY DEPARTMENT OF THE COMMONWEALTH OF PUERTO,    DEPARTMENT OF JUSTICE,
              FEDERAL LITIGATION DIVISION,    PO BOX 9020192,    SAN JUAN, PR  00902-0192
3179816      AXESA SERVICIOS DE INFORMACION,    PO BOX 70373,    SAN JUAN, PR  00936-8373
3179818      CREDICENTRO COOP,    COOP AHORRO Y CREDITO BARRANQUITAS,    PO BOX 686,
              BARRANQUITAS, PR  00794-0686
3179819     +DEPT. DE VIVIENDA,    AUTORIDAD PARA EL FINANCIAMIENTO,    AVE BARBOSA 606, PISO 10,
              SAN JUAN, PR 00917-4314
3325539     +Department of Treasury-,    Bankruptcy Section (Suite 1504),    235 Ave. Arterial Hostos,
              San Juan Puerto Rico 00918-1451
3179820      EDSOUTH/GLHDEC,    2401 INTERNATIONAL LN,    MADISON, WI  53704-3121
3200223     +FIRST BANK DE PUERTO RICO (VTQ),    MARTINEZ & TORRES LAW OFFICES P.S.C.,    PO BOX 192938,
              SAN JUAN PR 00919-3409
3179822      GREAT LAKES,    PO BOX 3059,    MILWAUKEE, WI  53201-3059
3205883      GREAT LAKES EDUCATIONAL LOAN,    CLAIMS PO BOX 8973,    MADISON WI 53708
3179824      PR DEPARTMENT OF JUSTICE,    PO BOX 9020192,    SAN JUAN, PR  00902-0192
3179825      PR DEPARTMENT OF TREASURY,    BANKRUPTCY SECTION (424-B),    PO BOX 9024140,
              SAN JUAN, PR  00902-4140
3179826      SECRETARIA DE PROCEDIMIENTO ADJUDICATIVO,    DEPT. DE HACIENDA,    APTDO 9024140,
              SAN JUAN, PR  00902-4140
3179827     +SECURITY CREDIT SERVICES,    2653 W OXFORD LOOP STE 108,    OXFORD, MS 38655-2929
3182534     +Security Credit Services, LLC,    PO Box 1156,    Oxford MS 38655-1156

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          E-mail/Text: ustpregion21.hr.ecf@usdoj.gov Jul 09 2014 19:20:47     US TRUSTEE,    EDIFICIO OCHOA,
              500 TANCA STREET SUITE 301,    SAN JUAN, PR  00901-1922
cr          +E-mail/Text: maria.benabe@firstbankpr.com Jul 09 2014 19:19:26     FIRST BANK PR,    PO BOX 9146,
              SAN JUAN, PR 00908-0146
3197825      E-mail/Text: rudgarcia@bppr.com Jul 09 2014 19:21:44     BANCO POPULAR DE PUERTO RICO,
              BANKRUPTCY DEPARTMENT,    PO BOX 366818,    SAN JUAN PR 00936-6818
3179817      E-mail/Text: rudgarcia@bppr.com Jul 09 2014 19:21:44     BANCO POPULAR DE PUERTO RICO,
              PO BOX 362708,    SAN JUAN, PR  00936-2708
3179821      E-mail/Text: maria.benabe@firstbankpr.com Jul 09 2014 19:19:26     FIRST BANK PUERTO RICO,
              BANKRUPTCY DIVISION,    PO BOX 9146,    SAN JUAN, PR  00908-0146
3179823      E-mail/PDF: gecsedi@recoverycorp.com Jul 09 2014 19:23:28     JC PENNEY,    PO BOX 364788,
              SAN JUAN, PR  00936-4788
3854052     +E-mail/Text: jcap_bnc_notices@jeffersoncapitalinternational.com Jul 09 2014 19:21:39
              JEFFERSON CAPITAL SYSTEMS LLC,    PO BOX 7999,    ST CLOUD MN 56302-7999
3242305      E-mail/PDF: rmscedi@recoverycorp.com Jul 09 2014 19:25:27     Portfolio Investments I LLC,
              c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue Suite 1120,    Miami, FL 33131-1605
3242306      E-mail/PDF: rmscedi@recoverycorp.com Jul 09 2014 19:25:27
              Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
              Miami, FL 33131-1605
                                                                                              TOTAL: 9

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*         +JEFFERSON CAPITAL SYSTEMS LLC,    PO BOX 7999,    ST CLOUD, MN 56302-7999
cr          ##+ECMC,   PO BOX 75906,    ST PAUL, MN 55175-0906
3239084     ##+ECMC,   P.O. Box 75906,    Saint Paul, MN 55175-0906
                                                                                   TOTALS: 0, * 1, ## 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

```
District/off: 0104-2          User: garciami              Page 2 of 2                   Date Rcvd: Jul 09, 2014
                              Form ID: pdf001             Total Noticed: 29
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 11, 2014                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 9, 2014 at the address(es) listed below:
              ALEJANDRO   OLIVERAS RIVERA    aorecf@ch13sju.com
              ALEJANDRO   OLIVERAS RIVERA (ENO)   on behalf of Trustee ALEJANDRO   OLIVERAS RIVERA
               enogueras@ch13sju.com
              JOSE ANGEL SANTINI BONILLA    on behalf of Creditor    COOP A/C BARRANQUITAS
               santilawoffice@yahoo.com
              MADELINE   SOTO PACHECO    on behalf of Debtor MAYDA I RODRIGUEZ SALCEDO lubeysoto@gmail.com,
               terelube@gmail.com;nilda.buffill@gmail.com;madelinesotopacheco@gmail.com;lys.cmecf@gmail.com;lube
               ysotoii@gmail.com
              MIGDA L RODRIGUEZ COLLAZO    on behalf of Creditor    TREASURY DEPARTMENT OF THE COMMONWEALTH OF
               PUERTO RICO bankruptcyjusticia.gobierno.pr@gmail.com,  mlrcbankruptcy@gmail.com
              MONSITA   LECAROZ ARRIBAS    ustpregion21.hr.ecf@usdoj.gov
              PEDRO RAFAEL MEDINA HERNANDEZ    on behalf of Trustee ALEJANDRO   OLIVERAS RIVERA aorecf@ch13sju.com
              VANESSA M TORRES QUINONES    on behalf of Creditor    FIRST BANK PR mbaldera@martineztorreslaw.com,
               mbaldera@martineztorreslaw.com;mlopez@martineztorreslaw.com;ecruz@martineztorreslaw.com;rmelendez
               @martineztorreslaw.com;pvarela@martineztorreslaw.com
              YANINA   RUFAT GARCIA    on behalf of Creditor    TREASURY DEPARTMENT OF THE COMMONWEALTH OF PUERTO
               RICO bankruptcyjusticia.gobierno.pr@gmail.com,  yrg.bankruptcy@gmail.com
                                                                                             TOTAL: 9
```

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF PUERTO RICO**

**Minute Entry**

*Hearing Information:*

**Debtor**: MAYDA I RODRIGUEZ SALCEDO
**Case Number**: 11-02039-EAG13                                **Chapter:** 13
**Date / Time / Room**: 07/03/2014 09:30 am
**Bankruptcy Judge**: EDWARD A. GODOY
**Courtroom Clerk**: MIGDALIA GARCIA
**Reporter / ECR**: ERVIN SOTO

*Matter:*

DEBTOR'S MOTION TO SET ASIDE ORDER DISMISSING CASE (#48)
DEBTOR'S MOTION FOR POST CONF. MODIFICATION OF CH. 13 PLAN DATED 04/04/2014 (#49)
TRUSTEE'S UNFAVORABLE RECOMMENDATION (#51)

*Appearances:*

ALEJANDRO OLIVERAS RIVERA
MADELINE SOTO PACHECO

*Proceedings:*

**ORDER:**

**The Debtor's motion to set aside order dismissing case (docket #48) is granted.**

**Upon Trustee's favorable recommendation made in open court, the Debtor's motion for post confirmation modification of chapter 13 plan dated 04/04/2014 (docket #49) as verbally amended is hereby approved.**

**The oral amended is the following:**

**On month 53 of the plan, the Debtor will make a last payment of $250.00.**

/S/EDWARD A. GODOY
U.S. Bankruptcy Judge